478 A.2d 122

Commonwealth, Appellant, v. Stewart.

Argued January 19, 1984.
Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellant; Michael Dignazio, for appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Order affirmed.

HESTER, J., filed dissenting memorandum.